FILED

01/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0425

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0425

_____

MARCUS COOK,

     Petitioner and Appellee,

    v.                                   O R D E R

KIM ELIZABETH BODINE,

     Respondent and Appellant.

_____

Counsel for Appellant Kim Elizabeth Bodine has filed a motion for leave to supplement the record with a written transcript of the June 15, 2023 hearing in Gallatin County Justice Court. Counsel asserts that both the opening and response briefs reference the transcript. Appellee Marcus Cook does not oppose the motion.

Upon consideration of Appellant's motion to supplement the record, and good cause appearing,

IT IS HEREBY ORDERED that the motion to supplement the record is GRANTED. The Clerk is directed to file the written transcript of the June 15, 2023 hearing in Gallatin County Justice Court.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 22 2024